EXHIBIT D

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

IN RE:  CASE NO. 09-20751

DEBORAH A. SIMPSON  Chapter 7
XXX-XX-3787

Judge RANDOLPH BAXTER

Debtor

RELIEF FROM STAY/ADEQUATE PROTECTION EXHIBIT AND WORKSHEET

Total indebtedness of debtors on the date of the filing of this Motion ( 02/18/10 ):

|  |  |  |
|---|---|---|
| PRINCIPAL: | $ 155,560.61 |  |
| INTEREST: | $ 5,248.08 | (per day rate $ 26.64 ) |
| OTHER CHARGES: [1] | $ |  |
| SUBTOTAL INDEBTEDNESS: | **$ 160,808.69** |  |

Less:  CREDITS DUE DEBTOR (S):  $ 0
TOTAL INDEBTEDNESS:  **$ 160,808.69**

Arrearages:
   BEFORE DATE OF FILING:  $ 4,380.15
   AFTER DATE OF FILING: [2]  $ 4,380.15

   TOTAL ARREARAGES:  $ 8,760.30

Loan Data:
   DATE OF LOAN  10/24/2008
   FACE AMOUNT OF LOAN  $ 156,929.00
   (Principal/Cash Price):  $ 155,560.61
   CURRENT INTEREST RATE:  6.25 %
   MONTHLY PAYMENT:
   AMOUNT:  $ 1,403.89
   NO. OF PAYMENTS DUE:  6
   DATE OF LAST PAYMENT:  August 2009

COLLATERAL FOR THE LOAN IS:

---

[1] For Chapter 13 cases, an itemization is attached.

[2] For Chapter 13 cases, a post-petition payment history is attached.

1. Mortgage on  27482 Edgepark Drive, North Olmsted, OH 44070                .
2. _____
3. _____

ESTIMATED MARKET VALUE OF COLLATERAL:
    At time of loan:               $ 157,000.00
    At time of this hearing:       $ 159,000.00
    Source of Valuation(s):        Cuyahoga County Treasurer,  Cuyahoga County OH

Did the Movant make the loan?  (No)      no[3]

This Exhibit and Worksheet was prepared by:

Laurito & Laurito LLC

/s/ Erin M. Laurito
_____
Erin M. Laurito (0075531)
Jeffrey V Laurito (0014652)
Attorneys at Law
35 Commercial Way
Springboro OH 45066
Telephone (937) 743-4878
Fax         (937) 743-4877

---

[3]  If no, a history of each transfer from the original lender is attached.