UNITED STATES BANKRUPTCY COURT
HOWARD METZENBAUM U.S. COURTHOUSE
201 SUPERIOR AVENUE
CLEVELAND OH 44114

IN RE:  CASE NO. 09-20751

DEBORAH A. SIMPSON  CHAPTER 7
XX-XX-3787

JUDGE RANDOLPH BAXTER

ADDRESS: 27482 Edgepark Dr.
North Olmsted, OH 44070


NOTICE OF MOTION
FOR RELIEF FROM STAY AND ABANDONMENT

U.S. Bank, N.A., filed papers with the Court requesting Relief from Stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant the motion requested, or you want the Court to consider your views on the Motion, then **on or before March 9, 2010**, you or your attorney must:

File with the Court a written response at:

U S Bankruptcy Court
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Jeffrey V Laurito
Erin M. Laurito
Attorneys for Movant
35 Commercial Way
Springboro OH 45066

Continued on next page

Edward J. Mamone, Attorney for Debtor
75 Public Square #1100
Cleveland, OH 44113-2101


Lauren A. Helbling, Trustee
1370 Ontario Street #450
Cleveland, OH 44113-1744

Office of the U S Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114


And attend the hearing scheduled to be held on:

    **Tuesday, March 16, 2010 at  9:00  AM at:**

        U S Bankruptcy Court
        Howard Metzenbaum U.S. Courthouse
        201 Superior Avenue
        Cleveland, OH 44114


If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Date:   February 17, 2010

        /s/ Erin M. Laurito
        _____
        Jeffrey V Laurito (0014652)
        Erin M. Laurito (0075531)
        Attorneys at Law
        35 Commercial Way
        Springboro OH 45066
        Telephone (937) 743-4878
        Fax       (937) 743-4877
        dleonard@lauritolaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was forwarded either by regular U.S. Mail or ECF Noticing, this 17th day of February, 2010 to:

Deborah A. Simpson, Debtor
27482 Edgepark Drive
North Olmsted, OH 44070
(Served via US Mail)

Edward J. Mamone, Attorney for Debtor
75 Public Square #1100
Cleveland, OH 44113-2101
(Served via ECF Noticing)

Lauren A. Helbling, Trustee
1370 Ontario Street #450
Cleveland, OH 44113-1744
(Served via ECF Noticing)

Office of the U S Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Served via ECF Noticing)

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Erin M. Laurito (0075531)